DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES M. FORD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-837

[June 11, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 99-15648CF10A.

James M. Ford, Clermont, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***